Court of Appeals– Fourth Court                    May 29, 2016
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

CAUSE NO. : Appeal # 04-16-00120-CV
                    Trial # 2014-CI-11848
RE: Letter to the Court of Inquiry and Direction

Dear Fourth Court via MR. Keith Hottle;

    I have received a missive from the Court and its clerk
that you have received the Clerk's and Reporters records in
this cause. I am not sure what to do next. Do I wait
for the Court to direct me further or proceed with my
Summary for my reason(s) for appeal or other. I do not
want my appeal frivilously dismissed because I do not know
what to do. As I informed the court that I am a layman
ignorant of the law and with no access to a law library
law books attorney internet or person knowledgeable in law
being an inpatient in a therapeutic community. My request
for assistance via an appointed attorney was sumarily denied.
Ergo I am writing the Court in request of direction in order
not to have my cause dismissed. Please advise/direct and or
inform me.

                        Sincerely Yours
                        Anthony Jerry Weatherspoon
                            #1968769
                        Kyle Therapeutic Community
                        23001 IH 35
                        Kyle, Texas 78640

Jerry Anthony Weatherspoon
#1916-8769
Kyle Inpatient Therapeutic Community
23001 IH 35
Kyle, Texas 78640

*Legal Mail

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2016 JUN -6 PM 12: 16
Keith E. Hottle
KEITH E. HOTTLE, CLERK

AUSTIN TX 787
RIO GRANDE DISTRICT
02 JUN 2016 PM 2 L

Fourth Court of Appeals
Dr. Keith E. Hottle-Clerk
300 Dolorosa Suite 3200
San Antonio, Texas 78205

78205-3037.99

USA FOREVER